UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARLOS MATAMOROS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VALVE CORPORATION, a Washington corporation,<br><br>Defendant. | No. 2:26-cv-00812-JHC<br><br>**STIPULATION AND ORDER TO EXTEND FRCP 26(f) CONFERENCE AND MOTION TO DISMISS DEADLINES**<br><br>**NOTE ON MOTION CALENDAR: April 3, 2026** |

The Parties to this action, by and through their undersigned counsel, respectfully submit this stipulation and proposed order to the Court.

On March 11, 2026, Plaintiff Carlos Matamoros ("Plaintiff") filed his Class Action Complaint. Dkt. # 1. Several related actions are currently pending in this District. *See Alexander Flauto et al. v. Valve Corporation*, Case No. 2:26-cv-00788-JHC; *Ivan Galas et al. v. Valve Corporation*, Case No. 2:26-cv-00995-JHC. The Parties understand that counsel for plaintiffs in these related actions intend to file a stipulation or motion to consolidate and to appoint interim co-lead class counsel.

STIPULATION AND ORDER TO EXTEND FRCP 26(f)
CONFERENCE AND MOTION TO DISMISS
DEADLINES – Page 1
Case No. 2:26-cv-00812-JHC

The deadline for Defendant Valve Corporation ("Valve") to respond to Plaintiff's Complaint is April 6, 2026.  Valve's counsel met with Plaintiff's counsel on March 25, 2026 to discuss the Complaint and case management. The Parties now stipulate to the following:

1.    The April 6, 2026 deadline for Valve to respond to the Complaint is vacated.  The deadline for Valve to respond to the Complaint is reset to within 14 days after all motions or stipulations to consolidate and to appoint interim class counsel are resolved.  But if a consolidated Complaint is to be filed following the resolution of any motion or stipulation to consolidate and appoint interim co-lead class counsel, the Parties shall meet and confer to propose a new deadline for Valve to respond to the Consolidated Complaint and to propose a briefing schedule.

2.    The deadlines set in Fed. R. Civ. P. 26(f) are stayed pending resolution of the forthcoming consolidation motion or stipulation, in which the Parties will propose a schedule for further proceedings.

The Parties reserve the right to petition the Court to change these deadlines based on further developments in the case.

//

//

//

//

//

//

//

STIPULATION AND ORDER TO EXTEND FRCP 26(f)
CONFERENCE AND MOTION TO DISMISS
DEADLINES – Page 2
Case No. 2:26-cv-00812-JHC

DATED this 3rd day of April, 2026.

*s/Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA  98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com

*Attorneys for Defendant Valve Corporation*


*s/Douglas H. Sanders*
Douglas H. Sanders
MILBERG, PLLC
1311 Avenida Ponce De Leon, Ste 600
San Juan, Puerto Rico 00917
Telephone: (516) 206-7616
Facsimile: (516) 282-7888
dsanders@milberg.com

Gary M. Klinger (*Pro Hac Vice Forthcoming*)
William J. Edelman (*Pro Hac Vice Forthcoming*)
Michael A. Acciavatti(*Pro Hac Vice Forthcoming*)
MILBERG, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: 866.252.0878
gklinger@milberg.com

Adam E. Polk (*Pro Hac Vice*)
Simon Grille (*Pro Hac Vice*)
Fatima Ladha (*Pro Hac Vice*)
GIRARD SHARP LLP
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
apolk@girardsharp.com
sgrille@girardsharp.com
fladha@girardsharp.com

STIPULATION AND ORDER TO EXTEND FRCP 26(f)
CONFERENCE AND MOTION TO DISMISS
DEADLINES – Page 3
Case No. 2:26-cv-00812-JHC

**ORDER**

IT IS SO ORDERED.

DATED this 6th day of April, 2026.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND FRCP 26(f)
CONFERENCE AND MOTION TO DISMISS
DEADLINES – Page 4
Case No. 2:26-cv-00812-JHC